## Henry K. Holsman, Appellee, v. Campbell Realty Company, Appellant.

Gen. No. 40,900.

Heard in third division, first district, at April term, 1939; opinion filed February 14, 1940; rehearing denied March 12, 1940. Edward H. S. Martin, for appellant; Hubbard, Baker & Rice, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''